JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| KATHLEEN M. MUELLER, | ) | Case No. CV 10-05436-RGK (JCx) |
|---|---|---|
| Plaintiff(s), | ) | |
| VS. | ) | ORDER DISMISSING ACTION FOR LACK OF PROSECUTION |
| SUMMIT LENDING SOLUTIONS, INC., et al., | ) | |
| Defendant(s). | ) | |

    On December 13, 2010, the Court issued an Order to Show Cause why the case should not be dismissed for lack of prosecution. Plaintiff was ordered to respond in writing on or before December 27, 2010. As of this date, no response has been filed. Therefore, the case is dismissed for lack of prosecution.

    **IT IS SO ORDERED.**

Dated: January 6, 2011

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE